John J. Talton, Chapter 13 Trustee  Check No. 836162
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 10-90256 | 002-0 | ALEX E. BROCK<br>Original Check written to:<br>AARONS<br>1826 US HWY 190 W<br>LIVINGSTON, TX 77351- | xxxxxxxxxx1655 | 988.03 | 11.97 | 24.36 | 36.33 |